

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2016

No. 04-16-00171-CR

Zachary Shawn **WHITESIDE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR2958
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Sachiko Nagao-Trevino's request for additional time to file the reporter's record is granted. We order Sachiko Nagao-Trevino to file the reporter's record by June 27, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court